IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**                                                                     No. 98-CR-30199-DRH

**CHRISTOPHER M. STEWART,**

**Defendant.**

## ORDER

**HERNDON, District Judge:**

For good cause shown, the Government's Motion to Dismiss the motion to revoke the supervised release of Christopher Stewart (Doc. 37) is **GRANTED**. The petition is dismissed with prejudice.

**IT IS SO ORDERED.**

Signed this 21st day of August, 2006.

/s/      David  RHerndon
**United States District Judge**